| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

DEREK WILSON,

    Plaintiffs,

v.

AMTRUST INTERNATIONAL, et al.,

    Defendants.

Case No. 17-cv-02573-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 13, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 16, 2018.

DESIGNATION OF EXPERTS: 12/15/17; REBUTTAL: 1/12/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 16, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; February 16, 2018;
    Opp. Due: March 2, 2018; Reply Due: March 9, 2018;
    and set for hearing no later than March 22, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 22, 2018 at 3:30 PM.

JURY TRIAL DATE: June 4, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

If new parties are to be added to this case, it should be done as soon as possible.

By 8/31/17, counsel shall inform the Court of the name of the mediator selected and the date the mediation session. Private mediation shall occur before the end of November 2017.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 8/7/17

_____
SUSAN ILLSTON
United States District Judge