| | |
|---|---|
| 1 | THOMAS C. CROSBY (SBN 99516) |
| | CROSBY LAW GROUP |
| 2 | 801 Longridge Road |
| | Oakland, CA 94610 |
| 3 | Telephone: (510) 925-4228 |
| | Facsimile: (510) 356-0160 |
| 4 | |
| 5 | Attorneys for Plaintiff |
| | DEREK WILSON |
| 6 | LANE J. ASHLEY (SBN 073296) |
| | STEPHEN J. LIBERATORE (SBN 129772) |
| 7 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 333 Bush street, Suite 1100 |
| 8 | San Francisco, CA 94104 |
| | Telephone: (415) 362-2580 |
| 9 | Facsimile: (415) 434-0882 |
| 10 | Attorney for Defendants |
| | AMTRUST INTERNATIONAL and |
| 11 | SECURITY NATIONAL INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DEREK WILSON, an individual, | ) | CASE NO. CASE NO. 3:17-cv-02573 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE:** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| AmTrust International, Security National | ) | |
| Insurance Company and DOES 1 - 30, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between counsel for Plaintiff DEREK WILSON, an individual, and counsel for Defendants AMTRUST

INTERNATIONAL and SECURITY NATIONAL INSURANCE COMPANY, that pursuant to Federal Rules of Civil Procedure, Rule 41, the above-captioned lawsuit be dismissed with prejudice. The parties shall each bear its own costs.

This stipulation shall be enforceable in any future filed state or federal court action against AMTRUST INTERNATIONAL and SECURITY NATIONAL INSURANCE COMPANY arising out of the same facts.

Dated: March 29, 2018         CROSBY LAW GROUP


By: /s/ Thomas C. Crosby
Thomas C. Crosby
Attorney for Plaintiff
DEREK WILSON

Dated: March 29, 2018         LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ Lane J. Ashley
Lane J. Ashley
Attorney for Defendants
AMTRUST INTERNATIONAL and
SECURITY NATIONAL INSURANCE COMPANY

Dated: March 29, 2018         LEWIS BRISBOIS BISGAARD & SMITH LLP


By: /s/ Stephen J. Liberatore
Stephen J. Liberatore
Attorney for Defendants
AMTRUST INTERNATIONAL and
SECURITY NATIONAL INSURANCE COMPANY

## ORDER

Pursuant to the above stipulation, this action is hereby dismissed with prejudice. Each party shall bear his/its own costs.

**IT IS SO ORDERED.**

Dated: April 2, 2018



Hon. Susan Illston
UNITED STATES DISTRICT COURT JUDGE